# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

ROCHELLE TARLOWE, and SETH JONAS, collectively and individually, and on behalf of ZACHARY JONAS, a minor

**SUMMONS IN A CIVIL CASE**

V.

NEW YORK CITY BOARD OF EDUCATION, d.b.a. NEW YORK CITY DEPARTMENT OF EDUCATION, and JOEL KLEIN, in his official capacity as Chancellor of the New York City School District

CASE NUMBER:

**07 CIV 7936**

**JUDGE LYNCH**

TO: (Name and address of defendant)

NEW YORK CITY BOARD OF EDUCATION, d.b.a. NEW YORK CITY DEPARTMENT OF EDUCATION
100 Church Street
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SKYER, CASTRO, FOLEY & GERSTEN
276 5th Avenue, Suite 306
New York, NY 10001

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

SEP 1 0 2007

CLERK

DATE

*(signature)* Marcos Quintero

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 9/10/2007

NAME OF SERVER (PRINT): BENJAMIN FOLEY

TITLE: CLERK

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 100 CHURCH STREET, NY, NY

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/20/07
Date

Signature of Server: *Benjamin Foley*

Address of Server: 510 E. 80TH ST, NY NY

*Sonia Castro*
SONIA CASTRO
NOTARY PUBLIC, State of New York
No 02-CA6106346
Qualified in Nassau County
My Commission Expires March 1 20 08

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.