

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Andrew J. Rauchberg
phone: 212-788-0889
fax: 212-788-0940
email: arauchbe@law.nyc.gov

September 27, 2007

**BY HAND**

Hon. Gerard E. Lynch
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007

      Re:   <u>Tarlowe and Jonas o/b/o Jonas v. NYC Board of Education</u>, 07-CV-7936

Dear Judge Lynch,

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorneys for the Department of Education in the case referenced above, in which the parents of a minor student seek tuition reimbursement after unilaterally placing the student in a private school.

      I write to request that the <u>time for defendant to respond to the complaint be extended to October 22, 2007.</u> The current date is October 1, 2007. This is the first such request defendant has made. I have spoken with plaintiffs' counsel, Jesse Cole Foley of Skyer, Catro, Foley and Gersten, and he has consented to this proposed extension.

      The requested adjournment should permit time for this office to fully investigate plaintiff's allegations and submit an appropriate response. Accordingly, I respectfully request an enlargement of defendant's time to answer or move with respect to the complaint until October 22, 2007.



SO ORDERED

_____
GERARD E. LYNCH, U.S.D.J.

9/28/07

Thank you for your consideration of this request.

                    Respectfully submitted,

                    Andrew J. Rauchberg (AR 2179)
                    Assistant Corporation Counsel

cc:    Jesse Cole Foley, Esq.
       Skyer, Catro, Foley & Gersten
       Attorneys for Plaintiff
       276 5th Avenue, Suite 306
       New York, New York  10001
       (via fax)