UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
**ROCHELLE TARLOWE**, and **SETH JONAS**,
collectively and individually, and on behalf of **ZACHARY JONAS**, a minor,

         Plaintiffs,

  -against-

**NEW YORK CITY BOARD OF EDUCATION,**
d.b.a. **NEW YORK CITY DEPARTMENT OF EDUCATION,** and **JOEL KLEIN,**
in his official capacity as Chancellor of the New York City School Districts

         Defendants.
------------------------------------------------------------------------x

**DECLARATION OF JESSE COLE FOLEY**

ECF CASE
Civ. No. 07 Civ. 7936

Assigned Judge: GEL

  **JESSE COLE FOLEY** declared, under penalty of perjury pursuant to 28 U.S.C. §1746, that the following is true and correct:

1. I am the attorney for Plaintiffs in the above-captioned action. I submit this declaration in support of Plaintiffs' motion for summary judgment.
2. Annexed is a copy of the Hearing Officer's Decision, dated January 9, 2007, 11 pp.
3. Annexed is a copy of the State Review Officer's Decision, dated May 11, 2007, 15 pp.

Dated: New York, New York
   December 28, 2007

      LAW OFFICES OF SKYER, CASTRO, FOLEY & GERSTEN
      *Attorneys for Plaintiffs*
      276 5th Avenue, Suite 306
      New York, NY 10001
      (212) 532-9736

      By: _____
        JESSE COLE FOLEY