UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ROCHELLE TARLOWE, and SETH JONAS, collectively and individually, and on behalf of ZACHARY JONES, a minor,

                              Plaintiffs,

    -against-

NEW YORK CITY BOARD OF EDUCATION, d.b.a. NEW YORK CITY DEPARTMENT OF EDUCATION, and JOEL KLEIN, in his official capacity of Chancellor of the New York City School Districts,

                              Defendants.
----------------------------------------------------------------x

07 CV 7936 (GEL) (JCF)

**REVISED BRIEFING SCHEDULE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that:

      1.    Plaintiffs will serve their Motion for Summary Judgment on December 28, 2007.

      2.    Defendants will serve their opposition papers to plaintiffs motion, and papers in support of their Cross-Motion for Summary Judgment, by February 1, 2008.

      3.    Plaintiffs will serve their opposition papers to defendants' cross-motion and reply papers in further support of their motion, if any, by February 22, 2008.

      4.    Defendants will serve their reply papers in further support of their cross-motion, if any, by March 14, 2008.

5. Facsimile signatures on this document shall be sufficient.

Dated: New York, New York
January 23 2008

SKYER, CASTRO, FOLEY, & GERSTEN
Attorneys for Plaintiffs
276 5th Avenue, Suite 306
New York, New York 10001
(212) 532-9736

By: _____
JESSE COLE FOLEY, Esq.

MICHAEL A. CARDOZO
Corporation Counsel for the
City of New York
Attorney for Respondents
100 Church Street, Room 2-179
New York, New York 10007
(212) 788-0889

By: _____
ANDREW J. RAUCHBERG
Assistant Corporation Counsel

SO ORDERED:

_____
U.S.D.J.

1/24/08