UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ROCHELLE TARLOWE, and SETH JONAS, collectively and individually, and on behalf of ZACHARY JONAS, a minor,

                                                                         Plaintiffs,

-against-

NEW YORK CITY BOARD OF EDUCATION, d.b.a.
NEW YORK CITY DEPARTMENT OF EDUCATION,
and JOEL KLEIN, in his official capacity as Chancellor of the New York City School Districts,

                                                                       Defendants.

------------------------------------------------------------------------ x

**NOTICE OF CROSS- MOTION**

07 CV 7936 (GEL) (JCF)

**PLEASE TAKE NOTICE** that upon the annexed Statement of Undisputed Facts pursuant to Rule 56.1 of the Local Rules of this Court, dated February 1, 2008, the accompanying memorandum of law in support of defendants' cross-motion for summary judgment dated February 1, 2008, the administrative record submitted to the Court by the New York State Education Department, and upon all prior pleadings and proceedings, defendants will cross-move this Court, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, on a date to be determined by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure awarding them summary judgment, and granting them such other and further relief as this Court deems just and proper.

-2-

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the briefing schedule entered in this matter on January 24, 2008, plaintiffs' opposition and reply papers, if any, shall be served no later than February 22, 2008.  Defendants' reply papers, if any, shall be served no later than March 14, 2008.

Dated:      February 1, 2008
            New York, New York

                            MICHAEL A. CARDOZO
                            Corporation Counsel of the
                             City of New York
                            Attorney for Defendants
                            100 Church Street, Room 2-179
                            New York, New York  10007
                            212-788-0889

                            By:        /s
                               Andrew J. Rauchberg (AR 2179)
                               Assistant Corporation Counsel


To:   Jesse Cole Foley, Esq.
      Law Offices of Skyer, Castro, Foley & Gersten
      Attorneys for Plaintiffs
      276 5th Avenue, Suite 306
      New York, New York  10001
      212-683-7999
      (via ECF)