LAW OFFICES OF
SKYER, CASTRO, FOLEY AND GERSTEN
276 FIFTH AVENUE • SUITE 306
NEW YORK, NEW YORK 10001

REGINA SKYER, ESQ.
SONIA V. CASTRO, ESQ.
JESSE C. FOLEY, ESQ.
DANA GERSTEN, ESQ.
CONSTANCE RUBIN, ESQ.
GREGORY CANGIANO, ESQ.
LARA HIRSH, ESQ.

212-532-9736
FAX 212-532-9846
SKYERLAW@AOL.COM

February 26, 2008

Hon. Gerard E. Lynch
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 910
New York, NY 10007

**VIA ECF**

Re:   *Tarlowe and Jonas o/b/o Jonas v. NYC Board of Education*, 07 Civ. 7936

Dear Judge Lynch:

I write to request that the Court accept the filing of Plaintiff's Motion for Summary Judgment and documents on February 26, 2008. I attempted to log on to the ECF system on multiple occasions on Friday, February 22, 2008, however, was unable to do so. I was unable to reach the Court's web page to locate the telephone number for the ECF help desk. I made no fewer than six attempts to log on throughout the day, but was unable to do so. In the late afternoon I spoke with Mr. Rauchberg who was unable to login to the ECF system as well. Further, Mr. Rauchberg informed me that there was a posting on the Southern District's home page indicating that the Courthouse was closed due to the inclement weather.

The system has recently come back online, and I request that the Court accept the filing of this document at this time, without prejudice to the Plaintiffs. A copy of all documentation was served on counsel for Defendants on Friday, February 22, 2008, in a timely fashion.

Thank you,

JESSE COLE FOLEY

Cc:   Andrew J. Rauchberg, Esq. (via facsimile)