**THE FORUM SCHOOL**

**SCHOOL YEAR: 2006-2007**

**STUDENT:  Zachary Jonas**

**DOB:  May 7, 2001**

**SUBJECT: Behavior/Social**

**SUBMITTED BY TEACHER:**
**Melissa Honig**

*Melissa Honig*
**Teacher's Signature**
**DATE:    December 15, 2006**
            **March 15, 2007**
            **June 15, 2007**

| D | M | J |
|---|---|---|
| E | A | U |
| C | R | N |

**Goals and Objectives:**

**STANDARD 9.2 (CONSUMER, FAMILY, AND LIFE SKILLS) ALL STUDENTS WILL DEMONSTRATE CRITICAL LIFE SKILLS IN ORDER TO BE FUNCTIONAL MEMBERS OF SOCIETY.**

I.   To develop appropriate self management skills, behaviors and social skills necessary for school, home and other environments:

| | | | D E C | M A R | J U N |
|---|---|---|---|---|---|
| A. | Critical Thinking | | | | |
| | 1. | To care for own belongings with verbal prompts | M | M | M |
| | 2. | Hang up coat, back pack, and take belongings out of back pack | C | M | M |
| | 3. | To place plastic folder, black and white notebook, and homework in labeled basket | M | M | M |
| | 4. | Go to the office with messages with another student | M | M | M |
| | 5. | Retrieving of materials required for specific task | C | M | M |
| | 6. | Cut out behavior chart | M | M | M |
| | 7. | Work on at least 2 pages of seatwork | C | C/M | C |
| B. | Self-Management - Develop appropriate classroom behaviors. | | | | |
| | 1. | To accept having to wait his or her turn or not be chosen by teacher for a task | C | M | M |
| | 2. | To demonstrate increased attention and focus on tasks in 5 minute increments. | C | C/M | C |
| | 3. | To attempt difficult tasks independently | C | C | C |
| | 4. | To ask to get up from seat when engaged in structured activities | C | C/M | M |
| | 5. | Sit at desk with feet on floor given one verbal prompt | C | C | C |
| | 6. | Make classroom transitions from one activity to another without a struggle. | C | M | M |
| | 7. | Clean up from activity at first teacher request. | C | M | M |
| | 8. | Sit on mat during quiet time for 15 minutes looking at a book | C | M | M |
| | 9. | Sit at desk displaying quiet sitting | C | C | M |
| | 10. | Complete task at hand with minimal prompts. | C | C | M |
| | 11. | express feelings appropriately such as: | | | |
| | | i.   happy | M | M | M |
| | | ii.   sad | C | C | M |
| | | iii.   frustration | C | C/M | C |
| | | iv.   angry | C | M | M |
| | | v.   disappointed | C | C | C/M |

**M = Mastered**
**C = Continuing to be worked on**
**NI – Not introduced**

**STUDENT: Zachary Jonas**                    **SUBJECT: Behavior/Social Skills**

| | D E C | M A R | J U N |
|---|---|---|---|

---

## Goals and Objectives:

C.  <u>Interpersonal Communications – Developing Appropriate Play Skills</u>

| | D E C | M A R | J U N |
|---|---|---|---|
| 1. Take turns with one other child with adult assistance during playtime | C | C | C/M |
| 2. Chose one toy during directed inside playtime. | C | C | M |
| 3. Play with toy using its intended function | C | C | M |
| 4. Play/socialize with 2 other children in a structured play situation | C | C | C |
| 5. Put toys or games away to designated spot on first request. | C | C | M |
| 6. Switch activities within inside play sessions | C | C | C/M |
| 7. Increase play interactions with children | C | C | C |

D.  <u>Explain person's responsibility to obey the laws and rules of school and classroom</u>

| | D E C | M A R | J U N |
|---|---|---|---|
| 1. No hitting | M | M | M |
| 2. No shouting | C | C/M | C |
| 3. Use appropriate words | C | C | C |
| 4. Walk in the hallways with hands down at side | C | C | C |
| 5. Walk in the hallways quietly | C | C | C |

## Materials:

Behavior modifications system using trains for each activity, positive reinforcement, verbal praise, stickers, stamps, games/toys/puzzles, primary and secondary reinforces

## Methods:

- Consistent behavior modification system and limits
- The use of behavior management system – minutes, removal from the group
- Encourage conversations with peers and adults using eye contact
- Discussion of all behaviors at the end of each activity through the use of behavior charts – earning a star or a sad face
- Discussion of inappropriate behaviors
- Provide immediate feedback
- Verbal cues describing desired behaviors

**M = Mastered**
**C = Continuing to be worked on**
**NI – Not introduced**

**STUDENT:    Zachary Jonas**          **SUBJECT:  Self Management Skills**

|  | D | M | J |
|---|---|---|---|
|  | E | A | U |
|  | C | R | N |

## Goals and Objectives:

## STANDARD 9.4 (SELF MANAGEMENT) ALL STUDENTS WILL DEMONSTRATE INTERPERSONAL AND SELF MANAGEMTN SKILLS.

| | | | D E C | M A R | J U N |
|---|---|---|---|---|---|
| I. | | Self Management - To improve and develop self management skills and awareness of classroom environment. | | | |
| | A. | Retrieve materials from desk to complete a certain task. | | | |
| | | 1.  pencils | M | M | M |
| | | 2.  crayons | M | M | M |
| | | 3.  markers | M | M | M |
| | | 4.  glue sticks | M | M | M |
| | | 5.  scissors | M | M | M |
| | B. | Find items in the room given one verbal prompt. | | | |
| | | 1.  student books | C | C | M |
| | | 2.  calendar items | C | M | M |
| | | 3.  student backpack | M | M | M |
| | | 4.  pencil box | M | M | M |
| II. | | Self Management – Develop awareness of importance of a positive self-image | | | |
| | A. | Hold eating utensils with proper grasp | M | M | M |
| | B. | Wipe mouth as needed | C | M | M |
| | C. | Ask for food or beverages using good manners | M | M | M |
| | D. | Clean eating area | M | M | M |
| | E. | Throw away napkins and cups | M | M | M |
| | F. | Throw scraps into the trash and place the plastic plate on the counter | M | M | M |
| | G. | Place the dirty utensils into the white bucket | M | M | M |
| | H. | Clean the table with a sponge | C | C | C/M |
| | I. | Sit at the table until the completion of lunch | M | M | M |
| | J. | Wash hands when needed | C | C | M |
| | K. | Care for toileting needs independently | M | M | M |
| | L. | Dress for swim independently | M | M | M |
| | M. | Put clothes in marked cubby before swim class | M | M | M |
| | N. | Dry self completely after swim class | M | M | M |
| | O. | Dress self once body is dry | | | |
| | | 1.  put on pants independently | M | M | M |
| | | 2.  put on shirts independently | M | M | M |
| | | 3.  zip up pants independently | M | M | M |
| | | 4.  button shirts independently | M | M | M |
| | | 5.  put on socks independently | M | M | M |
| | | 6.  put on shoes independently | M | M | M |

M = Mastered
C = Continuing to be worked on
NI – Not introduced

**STUDENT:    Zachary Jonas**                    **SUBJECT:  Self Management Skills**

|   |   |   |
|---|---|---|
| D | M | J |
| E | A | U |
| C | R | N |

---

### Materials:

Teaching resources include:
The Forum School Cafeteria,
The Forum School Locker Room
 The Forum School Restrooms
Student's own clothing and grooming materials
Snack and lunchtime meals
Table settings

### Methods:

- Encourage proper table manners
- Eating lunch in a large setting while in the cafeteria
- Encourage students to taste new foods
- Encourage self care independence by motivation, and praise
- Clean up after activities
- Supervision of toileting skills at the same time as encouraging independence
- Promote responsibility of own clothes, materials and possessions
- Hand over hand support.
- A variety of other individual implemented techniques incorporated as needed

**M = Mastered**
**C = Continuing to be worked on**
**NI – Not introduced**

**STUDENT: Zachary Jonas**                    **SUBJECT: Reading**

|   | D E C | M A R | J U N |
|---|---|---|---|

---

## Goals and Objectives:

### EXPECTATION 5: CHILD WILL DEVELOP COMPETENCE AND CONFIDENCE IN ACTIVITIES REQUIRING FINE MOTOR SKILLS.

|  |  | DEC | MAR | JUN |
|---|---|---|---|---|
| 1. | Complete puzzles of 12 or more pieces. | | | |
| 2. | Develop appropriate pencil grasp. | | | |
| 3. | Trace lines: | | | |
| | circle | <u>M</u> | <u>M</u> | <u>M</u> |
| | square. | <u>M</u> | <u>M</u> | <u>M</u> |
| | triangle | <u>M</u> | <u>M</u> | <u>M</u> |
| 4. | Copy lines: | | | |
| | square | <u>C</u> | <u>M</u> | <u>M</u> |
| | triangle | <u>C</u> | <u>M</u> | <u>M</u> |
| 5. | Trace name | | | |
| | print name independently | <u>C/M</u> | <u>M</u> | <u>M</u> |
| | print name within lined boundaries | <u>C</u> | <u>M</u> | <u>M</u> |
| 6. | Cut out simple shapes. | <u>C</u> | <u>M</u> | <u>M</u> |
| 7. | Fill in designated area when coloring. | <u>C</u> | <u>C</u> | <u>C</u> |
| | Copy stick letters L, E, F and T. | <u>C</u> | <u>M</u> | <u>M</u> |

### EXPECTATION 1: CHILD WILL LISTEN AND RESPOND TO ENVIRONMENTAL SOUNDS, DIRECTIONS AND CONVERSATIONS.

|  |  | DEC | MAR | JUN |
|---|---|---|---|---|
| 1. | Use language to request, describe and comment throughout daily routines. | <u>C</u> | <u>C</u> | <u>C/M</u> |
| 2. | Identify sounds in the environment and distinguish among them. | <u>C</u> | <u>M</u> | <u>M</u> |
| 3. | Name attribute of a given object (e.g. color, shape, size). | <u>M</u> | <u>M</u> | <u>M</u> |
| 4. | Answer yes/no questions appropriately in regard to general information. | <u>M</u> | <u>M</u> | <u>M</u> |
| 5. | Respond appropriately to simple questions about daily routine. | <u>C/M</u> | <u>C</u> | <u>M</u> |
| 6. | Sit and attend to a simple story for a five-minute period. | <u>C</u> | <u>M</u> | <u>M</u> |
| 7. | Sequence three pictures to tell a simple story with prompts as needed. | <u>C</u> | <u>C</u> | <u>C</u> |
| 8. | Select item that has two specified characteristics (i.e., " The big red ball") | <u>C</u> | <u>C</u> | <u>C</u> |
| 9. | Identify objects that go-together. | <u>C</u> | <u>C</u> | <u>C</u> |
| 10. | Identify missing part of a familiar object. | <u>C</u> | <u>C</u> | <u>C</u> |

M = Mastered
C = Continuing to be worked on
NI – Not introduced

**STUDENT: Zachary Jonas**                                     **SUBJECT: Reading**

|  | D E C | M A R | J U N |
|---|---|---|---|

---

## EXPECTATION 3: CHILD WILL DEMONSTRATE EMERGENT READING SKILLS.

| | D E C | M A R | J U N |
|---|---|---|---|
| 1. Recognize familiar calendar words, (months, days, weather). | C | C | C/M |
| 2. Read number word's one-five. | NI | NI | C |
| 3. Demonstrate knowledge of left/right directionality to complete worksheets | C | C | M |
| 4. Develop awareness of beginning sounds through phonics activities. | C | M | M |
| 5. Use puppet/props to retell stories. | C | C | C |

## EXPECTATION 4: CHILD WILL DEMONSTRATE EMERGENT WRITING SKILLS.

| | D E C | M A R | J U N |
|---|---|---|---|
| 1. Write name on all work with assistance. | C | M | M |
| 2. Make attempts at writing simple words that student has learned to read. | NI | NI | NI |
| 3. Use stamps to spell out simple sight words. | NI | NI | NI |
| 4. Inquiry and Research | | | |
| a. Develop calendar and time concepts: | | | |
| i. state the months of the year in correct sequence | C | C/M | M |
| ii. state the days of the week in correct sequence | C | C/M | M |
| iii. state the present day of the week | C | M | M |
| iv. state present month, year, and number day of the month | C | M | M |
| v. state present season, weather word describing the day | M | M | M |
| vi. count numbers forwards and backwards from the calendar | C/M | M | M |
| vii. count odd numbers from the calendar | NI | NI | NI |
| viii. count even numbers from the calendar | NI | NI | NI |
| ix. count by fives from the calendar | NI | NI | NI |
| x. count by tens from the calendar | NI | NI | NI |
| xi. can display knowledge of what our "special today is" | M | M | M |
| xii. can display knowledge of the weather and fill out "weather chart" | C | M | M |

**M = Mastered**
**C = Continuing to be worked on**
**NI – Not introduced**

**STUDENT:  Zachary Jonas**                                    **SUBJECT: Reading**

|  | D E C | M A R | J U N |
|---|---|---|---|

## Goals and Objectives:

**STANDARD 3.3 (SPEAKING) ALL STUDENTS WILL SPEAK IN CLEAR, CONCISE, ORGANIZED LANGUAGE THAT VARIES IN CONTENT AND FORM FOR DIFFERENT AUDIENCES AND PURPOSES.**

| | DEC | MAR | JUN |
|---|---|---|---|
| I.   Discussion | | | |
| A.  Share experiences and express ideas appropriately | | | |
| i.   Uphold appropriate speaking voice when expressing needs | M | M | M |
| ii.  Uphold appropriate speaking voice when expressing frustration | C | C/M | C |
| iii. Raising hand to answer a question or seek help | C | C | C |
| iv.  To raise hand without prompting to answer a question | C | C | C |
| v.   Not calling out an answer to questions | C | C | C |
| B.  Participating in conversations with peers and adults | | | |
| i.   Greet adults upon arrival with eye contact | M | M | M |
| ii.  Greet students upon arrival with eye contact | C | C | C/M |
| iii. Upholding appropriate space when speaking | C | C | C/M |
| C.  Speak in complete sentences | | | |
| i.   Using a complete sentence when expressing needs | C | C/M | M |
| ii.  Using a complete sentence when expressing frustration | C | C | C |
| II.  Questioning (Inquiry) and Contributing | | | |
| A.  Share in conversations with others | C | C | C |
| B.  Ask and answer various types of questions | | | |
| i.   During weekend report lessons | | | |
| 1.  In sequence describe immediate experiences | C | C | C |
| 2.  In sequence describe past experiences | C | C | C |
| 3.  In sequence describe daily experiences | C | C | C/M |
| ii.  During story time | C | C | C |
| iii. During academic lessons (reading, mathematics, science, social studies) | C | C | C/M |
| iv.  To understand and respond to yes or no questions. | M | M | M |
| v.   To answer "wh" questions appropriately | | | |
| 1.  who | C | C | C |
| 2.  what | C | C | C |
| 3.  where | C | C | C |
| 4.  when | C | C | C |
| 5.  why | C | C | C |
| III. Oral Presentation | | | |
| A.  Sing familiar songs and rhymes to promote oral language | | | |
| i.   Circle Time | M | M | M |
| B.  Begin to use social conventions of language. | | | |

**M = Mastered**
**C = Continuing to be worked on**
**NI – Not introduced**

**STUDENT: Zachary Jonas**　　　　　　　　　　　　　　**SUBJECT: Reading**

|  | D E C | M A R | J U N |
|---|---|---|---|

---

**Goals and Objectives (continued):**

|  |  | | | |
|---|---|---|---|---|
| i. | to refrain from interrupting the speaker | C | M | M |
| ii. | to decrease fantasy/non-relevant conversations | C | C | C |

## STANDARD 3.4 (LISTENING) ALL STUDENTS WILL LISTEN ACTIVELY TO INFORMATION FROM A VARIETY OF SOURCES IN A VARIETY OF SITUATIONS.

### Goals and Objectives:

I.　**Active Listening**

|  |  | | | |
|---|---|---|---|---|
| a. | Listen fully to understand instructions or hear daily messages. | C | C | M |
| b. | Listen to identify main characters and events in stories | C | C | C |
| c. | Listen to rhymes and songs to begin developing an understanding of letter/sound relationships | C | C | C |
| d. | Listen and respond appropriately to directions | C | C | C/M |
| e. | Listen to heard initial, final, and eventually middle sounds in words | C | C | C/M |
| f. | Begin to distinguish between types of speech (e.g., a joke, a chat, a warning) | C | M | M |
| g. | Listen and contribute to class discussions | C | C | C |

II.　**Listening Comprehension**

|  |  | | | |
|---|---|---|---|---|
| A. | Listen attentively to books teacher reads to class | C/M | C | C |
| B. | Answer questions correctly about books read aloud | C | C | C |
| C. | Listen to make predictions about stories read | C | C | C |
| D. | Follow simple oral direction | | | |
| 1. | To follow one step directions in a large group | C | C | M |
| 2. | To follow two step directions in a large group | C | C | C |
| E. | Recall information from listening to stories | C | C | C |
| F. | Respond appropriately to questions about stories read aloud | C | C | C |

**M = Mastered**
**C = Continuing to be worked on**
**NI – Not introduced**

**STUDENT:  Zachary Jonas**                                    **SUBJECT:  Reading**

|     | D E C | M A R | J U N |
| --- | --- | --- | --- |

---

**Goals and Objectives:**

**STANDARD 3.5 (VIEWING AND MEDIA LITERACY) ALL STUDENTS WILL ACCESS, VIEW, EVALUATE, AND RESPOND TO PRINT, NONPRINT, AND ELECTRONIC TEXTS AND RESOURCES.**

|     |     | D E C | M A R | J U N |
| --- | --- | --- | --- | --- |
| I. | Constructing Meaning |  |  |  |
|    | A. Make predictions about visual information (e.g., pictures in books). | C | C | C |
|    | B. Distinguish between "pretend" and "real" in the media. |  |  |  |
|    |   a.  Story time | C | C | C |
|    |   b.  Educational Videos | C | C | C |
| II. | Visual and Verbal Messages |  |  |  |
|    | A. Begin to sequence a series of pictures or images to tell a story. | C | C | C |
|    | B. Show understanding of purpose for pictures in books. | C | C | C |

**M = Mastered**
**C = Continuing to be worked on**
**NI – Not introduced**

**STUDENT:   Zachary Jonas**                                              **SUBJECT: Reading**

```
D   M   J
E   A   U
C   R   N
```

## Materials:
*Teaching resources include:*

Handwriting Without Tears – Letters and Numbers - (Jan Olsen)
Handwriting Without Tears - My Printing Book - (Jan Olsen)
Spelling Connections - Book 1 - (Zaner-Bloser)
Get Ready for the Code - Books A-C
Explode The Code - Book 1 & 2
Reading Milestone - Pupil texts and practice workbooks
I Can Read– Focus Reading Program – Pupil text and workbooks
Starting Comprehension - Level 1 and 2 (Ann L. Staman)
Language Arts Activities – Level 1 (Steck-Vaughn)
Phonics - Level 1 (Steck-Vaughn)
Those found within The Forum School Library
The Forum School Resource Library
Computer software
Library books
Sentence builders
Computers
Photo Libraries
Experience Stories
Weekend Reports/Stories from home
Vocabulary cards
A variety of other teacher-made materials

## Methods:
- Encourage discussion among classmates and teachers
- Increase directions and provide the opportunity to implement
- Literature based activities
- The program provides a multi-sensory, whole language/phonetic approach to reading including:
  - Enrichment lessons
  - Various games
  - Art/craft projects
  - Cooking activities
  - Children's literature
  - Shared reading games and activities
  - Listening activities
  - Small group instruction
  - Toys, games, manipulatives, puppets, puzzles
  - One : one instruction
- Opportunities to create and write experience stories created individually or as a group
- Formal and informal evaluations
- Teacher observations

**M = Mastered**
**C = Continuing to be worked on**
**NI – Not introduced**

**STUDENT:  Zachary Jonas**                                          **SUBJECT: Mathematics**

| | D E C | M A R | J U N |
|---|---|---|---|

**Goals and Objectives:**

**STANDARD 4.1 (NUMBER AND NUMERICAL OPERATIONS) ALL STUDENTS WILL DEVELOP NUMBER SENSE AND WILL PERFORM STANDARD NUMERICAL OPERATIONS AND ESTIMATIONS ON ALL TYPES OF NUMBERS IN A VARIETY OF WAYS.**

To develop skills and concepts in mathematics (Level K)

| | DEC | MAR | JUN |
|---|---|---|---|
| **A. Chapter 1 – Getting Ready** | | | |
|   a.  Identify positions: top, bottom, middle | M | M | M |
|   b.  Identify positions: before, after, between | M | M | M |
|   c.  Identify positions: above, below, left, right | M | M | M |
|   d.  Sort objects that are the same and different | C | M | M |
| **B. Chapter 2 – Sorting and Classifying** | | | |
|   a.  Sort objects by color | NI | M | M |
|   b.  Sort objects by size | NI | M | M |
|   c.  Make groups that have the same number | NI | M | M |
|   d.  Identify and make a group that has more | NI | C | C/M |
|   e.  Identify and make a group that has less | NI | C | C/M |
| **C. Chapter 3 – Numbers 0 to 5** | | | |
|   a.  Recognize numbers for 0 to 5 objects | NI | M | M |
|   b.  Write number for groups 0 to 5 | NI | M | M |
|   c.  Order numbers 0 to 5 | NI | M | M |
| **D. Chapter 5 – Numbers 6 to10** | | | |
|   a.  To understand 6 and 7 | NI | NI | M |
|   b.  To explore numbers with a calculator | NI | NI | C |
|   c.  T count and match equal parts | NI | NI | C |
|   d.  To order numbers from 6-10 | NI | NI | C |
|   e.  To make and read a graph to solve a problem | NI | NI | C |
| **E. Chapter 7 – Numbers 11-20** | | | |
|   a.  Count and write 11-20 | NI | NI | M |
|   b.  Order numbers 11-20 | NI | NI | NI |
|   c.  Compare and order numbers 11-20 | NI | NI | NI |
|   d.  Solve a problem | NI | NI | NI |

**M = Mastered**
**C = Continuing to be worked on**
**NI – Not introduced**

**STUDENT:**   **Zachary Jonas**                                    **SUBJECT: Mathematics**

| | D E C | M A R | J U N |
|---|---|---|---|

## Goals and Objectives (continued):

**STANDARD 4.2 (GEOMETRY AND MEASUREMENT) ALL STUDENTS WILL DEVELOP SPATIAL SENSE AND THE ABILITY TO USE GEOMETRIC PROPERTIES, RELATIONSHIPS, AND MEASUREMENT TO MODEL, DESCRIBE AND ANALYZE PHENOMENA.**

F.   Chapter 4 – Exploring Shapes and Equal Parts

| | DEC | MAR | JUN |
|---|---|---|---|
| a.   Identify ball, box, can, and cone shape | NI | C | C |
| b.   Sort and compare shapes | NI | C | C |
| c.   Identify triangles, circles, rectangles, squares | NI | C | C |
| d.   Sort and classify by size, shape, and color | NI | C | C |
| e.   Recognize equal and unequal parts | NI | C | C |
| f.   Identify shapes divided into halves | NI | C | C |

G.   Chapter 9 – Measuring

| | DEC | MAR | JUN |
|---|---|---|---|
| a.   Compare lengths | NI | NI | NI |
| b.   Measure with nonstandard units | NI | NI | NI |
| c.   Estimate length | NI | NI | NI |
| d.   Estimate and compare capacity | NI | NI | NI |
| e.   Use estimation to solve a problem | NI | NI | NI |
| f. | | | |

**STANDARD 4.3 (PATTERNS) ALL STUDENTS WILL REPRESENT AND ANALYZE RELATIONSHIPS AMONG VARIABLE QUANTITIES AND SOLVE PROBLEMS INVOLVING PATTERNS, FUNCTIONS, AND ALGEBRAIC CONCEPTS AND PROCESSES**

I.   Patterns – Recognize and extend a pattern

Chapter 6 – Patterns

| | DEC | MAR | JUN |
|---|---|---|---|
| ii.   Identify and copy a pattern | NI | NI | NI |
| iii.   Identify and describe a pattern | NI | NI | NI |
| iv.   Identify and extend a pattern | NI | NI | NI |
| v.   Create a pattern | NI | NI | NI |
| | NI | NI | NI |

Chapter 8 – Time and Money

| | DEC | MAR | JUN |
|---|---|---|---|
| i.   Understanding a sequence of events | NI | NI | NI |
| ii.   Compare more and less time | NI | NI | NI |
| iii.   Tell time to the hour on an analog clock | NI | NI | NI |
| iv.   Tell time on a digital clock | NI | NI | NI |
| v.   Identify the value of a dime, nickel, and, penny | NI | NI | NI |
| vi.   Identify coins needed to make a given amount | NI | NI | NI |

M = Mastered
C = Continuing to be worked on
NI – Not introduced

**STUDENT:   Zachary Jonas**                          **SUBJECT: Mathematics**

|   |   |   |
|---|---|---|
| D | M | J |
| E | A | U |
| C | R | N |

## Goals and Objectives (continued):

**STANDARD 4.4 (DATA ANALYSIS, PROBABILITY, AND DISCRETE MATHEMATICS) ALL STUDENTS WILL DEVELOP AN UNDERSTANDING OF THE CONCEPTS AND TECHNIQUES OF DATA ANALYSIS, PROBABILITY, AND DISCRETE MATHEMATICS, AND WILL USE THEM TO MODEL SITUATIONS, SOLVE PROBLEMS, AND ANALYZE AND DRAW APPROPRIATE INFERENCES FROM DATA.**

H.  Chapter 10 – Joining and Separating

|   |   | DEC | MAJ | JUN |
|---|---|---|---|---|
| a. | Explore the meaning of addition | | | |
| b. | Use concrete materials to explore addition | NI | NI | NI |
| c. | Complete an addition sentence | NI | NI | NI |
| d. | Explore adding 1 by counting on | NI | NI | NI |
| e. | Add money amounts | NI | NI | NI |
| f. | Explore the meaning of subtraction | NI | NI | NI |
| g. | Use concrete materials to explore subtraction | NI | NI | NI |
| h. | Complete an subtraction sentence | NI | NI | NI |
| i. | Explore subtraction 1 by counting back | NI | NI | NI |
| j. | Subtract money amounts | NI | NI | NI |
| k. | Solve a problem by finding a pattern | NI | NI | NI |

## Materials:

*Teaching resources include:*
Those founds within The Forum School Resource Room
Mathematics Plus Program (Harcourt Brace Jonanovich) Grade K
Exploring Mathematics (Scott Foresman and Company) Grade K
Exploring Basic Arithmetic – Book 1 – (Hunter, Armstrong)
Working with Numbers – Level A (Steck-Vaughn)
Math related literature
Computer software
Math games
Stamps, coins, clock, and numbers
Unit blocks,
Rulers, Judy Clocks,
Students clocks, Coins, Play money,
Calendar, Number lines, Containers, Cubes
Magazines
Formal and informal assessment
Teacher created materials

**M = Mastered**
**C = Continuing to be worked on**
**NI – Not introduced**

**STUDENT:**   **Zachary Jonas**                                    **SUBJECT: Mathematics**

|   |   |   |
|---|---|---|
| D | M | J |
| E | A | U |
| C | R | N |

**Methods:**

- Follow goals, objectives, and related activities with math program
- Calendar activities to reinforce time and counting concepts
- Small group/individual instruction daily
- Computer
- Hands on approach to learning
- Natural opportunities as they arise during the day to reinforce math skills

**M = Mastered**
**C = Continuing to be worked on**
**NI – Not introduced**

**STUDENT:    Zachary Jonas**

**SUBJECT: Science**

| D | M | J |
|---|---|---|
| E | A | U |
| C | R | N |

## Goals and Objectives:

**STANDARD 5.5 (CHARACTERISTICS OF LIFE) ALL STUDENTS WILL GAIN AN UNDERSTANDING OF THE STRUCTURE, CHARACTERISTICS, AND BASIC NEEDS OF ORGANISMS AND WILL INVESTIGATE THE DIVERSITY OF LIFE.**

### Goals and Objectives:

Learn the basic needs of all animals:

|  |  | | |
|---|---|---|---|
| 1. Food | C | M | M |
| 2. Water | C | M | M |
| 3. Air | C | M | M |
| 4. Place to live to survive | C | M | M |

Observe the different kinds of animals:

|  |  | | |
|---|---|---|---|
| 1. Mammals | C | C/M | M |
| 2. Birds | C | C/M | M |
| 3. Fish | C | C/M | M |
| 4. Reptiles | C | C/M | M |
| 5. Amphibians | C | C/M | M |
| 6. Insects | C | C/M | M |

Recognize how these six types of animals are either the same or different.
Compare how different kinds of animals grow.

1. Butterflies
2. Frogs

|  |  | | |
|---|---|---|---|
| 2. Frogs | C | C | M |
| E.  Recognize how animals take care of their young. | C | C | M |
|  | C | C | M |

## Materials:

Teaching resources include: those founds within The Forum School Resource Room, The Forum School Library, Harcourt Science (Level 1), magazines, weekly readers, teacher created materials

Supplemental: "Discover Science", Scott Foresman (Level K)
"Science Today", (Steck-Vaughn)
"Diving into Science", (Scott Foresman)
"Investigating Science", (Level 1)
"Discover Science Manipulative Kit", (Scott Foresman)
"Steck-Vaughn Science Center"

**M = Mastered**
**C = Continuing to be worked on**
**NI – Not introduced**

**STUDENT: Zachary Jonas**                                    **SUBJECT: Science**

|   | D E C | M A R | J U N |
|---|---|---|---|

## Methods:

- Hands on activities
- Experiments
- Collages
- Projects
- Computers
- Individual instruction
- Whole group instruction
- Class discussions
- Group activities

**M = Mastered**
**C = Continuing to be worked on**
**NI – Not introduced**

**STUDENT:** Zachary Jonas                    **SUBJECT: Social Studies**

|       | D E C | M A R | J U N |
|-------|-------|-------|-------|

---

### Goals and Objectives:

**STANDARD 6.6 (GEOGRAPHY) ALL STUDENTS WILL APPLY KNOWLEDGE OF SPATIAL RELATIONSHIPS AND OTHER GEOGRAPHIC SKILLS TO UNDERSTAND HUMAN BEHAVIOR IN RELATION TO THE PHYSICAL AND CULTURAL ENVIRONMENT.**

I.  Students will gain the understanding of vocabulary:

|                | DEC | MAR | JUN |
|----------------|-----|-----|-----|
| i. School      | C   | M   | M   |
| ii. Teacher    | C   | M   | M   |
| iii. Map       | C   | M   | M   |
| iv. Groups     | C   | M   | M   |
| v. Rules       | C   | M   | M   |

When given a simple map student will locate different places in a community

|                  | DEC | MAR | JUN |
|------------------|-----|-----|-----|
| Police Station   | C   | C/M | M   |
| Bodies of Water  | C   | C/M | M   |
| Airport          | C   | C/M | M   |

Communicate home address either writing it down or verbally stating

|              | DEC | MAR | JUN |
|--------------|-----|-----|-----|
| House number | C   | C   | M   |
| Town         | C   | C   | M   |
| State        | C   | C   | M   |
| Country      | C   | C   | M   |

**M = Mastered**
**C = Continuing to be worked on**
**NI – Not introduced**

**STUDENT:  Zachary Jonas**                                    **SUBJECT: Social Studies**

|     |     |     |
| --- | --- | --- |
| D   | M   | J   |
| E   | A   | U   |
| C   | R   | N   |

**I.    STANDARD 7.2 (CULTURE)  ALL STUDENTS WILL DEMONSTRATE AN UNDERSTANDING OF THE PERSPECTIVES OF A CULTURE THROUGH EXPERIENCES WITH ITS PRODUCTS AND PRACTICES.**

**II.**

A. Interpretive Mode (understanding and interpretation of spoken or written communication).

    1.  Identify daily practices of people in the target culture. (USA)    <u>M</u>
    2.  Create a USA flag.    <u>M</u>
    3.  Sing songs and say the Pledge of Allegiance aloud.    <u>M</u>

B.  Interpersonal Mode (direct spoken and written communication)
    1.  Imitate culturally appropriate etiquette in verbal and non-verbal communication during greetings, leave-takings, and daily classroom interactions    <u>M</u>

C. Presentation Mode (spoken and written communication for an audience)
    1.  Participate in age-appropriate activities related to special events celebrated in the target culture. (USA)    <u>M</u>

**Materials:**

Teaching resources include:  those founds within The Forum School Resource Room, The Forum School Library, Social Studies "Harcourt Brace" (Level 1), magazines, weekly readers, teacher created materials
Supplemental: "Teaching Your Child Through Various Themes", Scott Foresman
        "At Home, At School", Houghton-Mufflin

**Methods:**
- "Beginning in Social Studies"
- "Teaching Your Child Through Various Themes", Scott Foresman
- Educational movies/programs
- Computers
- Projects
- Individual instruction
- Whole group instruction
- Class discussions
- Group activities

**M = Mastered**
**C = Continuing to be worked on**
**NI – Not introduced**

**THE FORUM SCHOOL**

**SCHOOL YEAR:  2006-2007**

**STUDENT: Zachary Jonas**

**DOB: May 7, 2001**

**NARRATIVE ADDENDUM**

**SUBMITTED BY TEACHER**
**Melissa Honig**

DATE

---

This year has been productive for Zachary. He has improved behaviorally and socially. Socially, Zachary has started this term to expand his interactions with other students in the classroom and outside while on the playground. I have noticed Zachary interacting with other students on the slide and swings. Behaviorally this term, Zachary does continues to have some silly moments, but with strict reinforcements he will stop and follow through with directions.

During reading lessons Zachary continues to work on letter identification along with the sound each letter makes. He is doing much better using flash cards to recognize the letter and the sound by looking at the card. Zachary also has been working in his phonic book and composition book in writing each letter correctly with appropriate pencil grasp.

Also during mathematics, Zachary continues to work on writing his numbers and identifying the value of what each number has. He will use manipulatives to help him understand which number is larger and smaller than the next.

This past term Zachary has participated in many group lessons during science. Zachary has mastered the science unit on animals and has been working on distinguishing the six types of animals: mammals, reptiles, amphibians, fish, birds, and insects. Zachary has also learned the four stages of a butterfly while observing our own caterpillars develop into butterflies. Zachary worked well during these group lessons and enjoyed working on our hands on projects.

Zachary has also been participating in our international theme. In class Zachary has been learning about the United States of America. Zachary can locate the United States on a world map and tell us how many states are in our country. Zachary has created a United States flag and has participated in-group songs about our country. Zachary has also taken a part in our school-wide international day by observing different classes learning about different countries around the world.

I am very proud of Zachary this year. I feel he has made a lot of progress in many different areas. Zachary has been a pleasure to have in my classroom. It has been enjoyable to be Zachary's teacher and watch him grow into a hard working student.

**THE FORUM SCHOOL**

**SCHOOL YEAR: 2006-2007**

**STUDENT:   Zachary Jonas**

**DOB:  05/07/01**

**SUBJECT:  Speech/Language**

**SUBMITTED BY:  Gail Lamster**
**SPEECH/LANGUAGE THERAPIST**
*Gail Lamster*  **DATE: 6/15/07**

|     |     |     |
| --- | --- | --- |
| D   | M   | J   |
| E   | A   | U   |
| C   | R   | N   |

---

**SPEECH/LANGUAGE REQUIREMENT:  not specified (NY)**

**GOALS & OBJECTIVES:**

I.    To Improve Work Readiness/Attending Skills
      **Core Curriculum Career Education and Consumer, Family and Life Skills Standard 9.2**
      **(Life Skills)** All students will demonstrate critical life skills in order to be functional members
      of society.
      A. Attention to Task
         Given structured activities within the therapy setting, Zachary will demonstrate:
         1.  quiet sitting with hands down                              <u>C</u>  <u>MC</u>  <u>MC</u>
         2.  appropriate eye contact with the therapist               <u>C</u>  <u>MC</u>  <u>MC</u>
         3.  improved attention to the therapy activity               <u>C</u>  <u>MC</u>  <u>MC</u>
         4.  compliance with directions                               <u>C</u>  <u>MC</u>  <u>MC</u>
         Therapist observation will be noted.

II.   To Improve Receptive Language Skills
      **Core Curriculum Language Arts Literacy Standard 3.4 (Listening)** All students will
      listen actively to information from a variety of sources in a variety of situations.
      A. Following Directions
         Given gross motor activities, Zachary will:
         1.  cease activity upon command (eg. stop)                   <u>C</u>  <u>MC</u>  <u>MC</u>
         2.  complete 1-step gross motor directives                  <u>MC</u>  <u>MC</u>  <u>M</u>
         3.  complete 2-step gross motor directives                   <u>C</u>    <u>C</u>    <u>C</u>
         Zachary will achieve 80% consistency.

III.  To Improve Expressive Language Skills
      **Core Curriculum Language Arts Literacy Standard 3.3 (Speaking)** All students will
      speak in clear, concise, organized language that varies in content and form for different
      audiences and purposes.
      A. Produce Key Sentence Patterns
         Given activities in the therapy setting, Zachary will respond to questions and comment on
         the activity:
         1. in imitation of  therapist models  of simple sentences   <u>MC</u>  <u>MC</u>  <u>M</u>
         2. independently                                             <u>C</u>    <u>C</u>    <u>C+</u>
         A variety of sentence structures and patterns will be presented.  Therapist observation will be noted.

**M = Mastered**
**C = Continuing to be worked on**

**STUDENT: Zachary Jonas**                    **SUBJECT: Speech/Language**

|       |       |       |
|-------|-------|-------|
| **D** | **M** | **J** |
| **E** | **A** | **U** |
| **C** | **R** | **N** |

B. Pronoun "I"
Given structured activities accompanied by physical prompts and verbal models,
Zachary will use the pronoun "I"
1. in direct imitation of a verbal model                    <u>MC</u> <u>MC</u>
2. when cued by phyical prompt only                    <u>C+</u>  <u>C+</u>
Therapist observation will be noted.

IV.  To Improve Speech Production
A. Intelligibility
Given therapist models, Zachary will improve his speech production by demonstrating:
1. more precise articulatory contacts                    <u>C</u>   <u>C+</u>  <u>C+</u>
2. increased volume suitable for the immediate environment   <u>C</u>   <u>C+</u>  <u>MC</u>
3. production of [s] blend words                    <u>MC</u>  <u>MC</u> <u>M</u>
Therapist observation will be noted.

**M = Mastered**
**C = Continuing to be worked**

**THE FORUM SCHOOL**

**NARRATIVE ADDENDUM**

**SCHOOL YEAR: 2006-2007**

**SUBMITTED BY: Gail Lamster**

*Gail Lamster*

**SPEECH/LANGUAGE THERAPIST**

**STUDENT: Zachary Jonas**

**June 15, 2007**

**DOB: 05/07/01**

---

Zachary has achieved progress on all of the goals and objectives that were targeted for him at the beginning of the school year. His attention to the task, therapy materials and therapist has grown. Wandering gaze and self-generated off-task verbalizations have slowly diminished throughout the school year. 'Silly' behaviors that were exhibited when Zachary had reached the limit of his attention or perceived a challenging task have largely been eliminated. A placemat with small hands pasted on it has proven to be an effective way to enhance Zachary's quiet sitting and purposeful participation in activities. The hand imprint is appealing to Zachary and gives him a place for his hands thus reducing inappropriate play with therapy materials. Zachary is consistently happy and is increasingly, an active participant in all planned activities. Lately, he has begun to request his favorite activities at the beginning of the session.

During the past term, much of our efforts have been directed toward the extension of verbal expression. Using a variety of favored activities, Zachary is describing the actions presented in computer programs and picture stories. After presenting a model of a 3-4 scene picture story, Zachary is consistently able to receptively re-sequence the picture plates into logical order. He generally describes each picture with a 2-word phrase. Therapist models expand on each description. Zachary is now imitating larger chunks of 3-4 words with increasing accuracy. Volume and intelligibility are improving as Zachary imitates more precise production. Zachary demonstrates increasing acceptance for repeated production trials. Zachary has demonstrated much growth this year in his speech and language skills.

STUDENT'S NAME  Zachary Jonas
TEACHER: MADELINE SOUKIS   (MS)                    **YEAR: 2006-2007**

## ART SKILL ASSESSMENT

**NJ Core Curriculum Standards for the Visual Arts**
1.1  Students will acquire knowledge and skills that increase their aesthetic awareness of art.
1.2  Students will refine the technical skills necessary to create an artistic work.
1.3  Students will use the elements of art to produce artistic products.
1.4  Students will demonstrate knowledge of the critique process to evaluate their/others work.
1.5  Students will identify the historical/social/cultural influences of art through the study of well-known artists.
1.6  Students will develop design skills for planning and creating an art work.

**TECHNICAL SKILLS (1.1, 1.2, 1.6)**

|  | | Dec | Mar | Jun |
|---|---|---|---|---|
| 1. String (large, small) beads | 1. | M | M | M |
| 2. Randomly snips and fringes paper (with, without assistance) | 2. | C | C | C |
| 3. Cuts paper independently | 3. | C | C | C |
| 4. Cuts across paper following straight/curved lines | 4. | A | A/c | A/c |
| 5. Cuts shapes with scissors following general shapes | 5. | A | A/c | A/c |
| 6. Cuts complex shapes following outlines and turning independently | 6. | | | |
| 7. Matches/identifies primary colors (red, yellow, blue) | 7. | C | C | C |
| 8. Identifies circle, triangle, rectangle, square | 8. | C | C | C |
| 9. Draws shapes (circle, triangle, rectangle, square) | 9. | _ | A | A |
| 10 Draws recognizable face with eyes, nose, mouth, ears, hair | 10. | _ | (_ | A |
| 11. Holds pencil/paintbrush etc. with proper grip | 11. | _ | _ | A |
| 12. Folds paper in half with edges meeting | 12. | _ | _ | A |
| 13. Spreads paste on one side of paper and turns it over to stick to another | 13. | M | M | M |
| 14. Uses paint and playdough appropriately | 14. | _ | A | A |
| 15. Rolls clay into snake/ball shapes | 15. | _ | _ | _ |

**PERFORMANCE (1.1, 1.2, 1.3, 1.4, 1.6)**

|  | | Dec | Mar | Jun |
|---|---|---|---|---|
| 1. Colors within confines of space | 1. | A | A | A |
| 2 . Mixes paints to achieve colors | 2. | I | I | I |
| 3 . Locates up, down, in, out, under, over, bottom, top | 3. | | | |
| 4 . Copies form and shape from models or directions of instructor | 4. | _ | _ | I |
| 5. Manipulates pencils/brushes/crayons with sure movements | 5. | _ | _ | _ |
| 6. Draws representationally | 6. | _ | _ | _ |
| 7. Exhibits imaginative use/understanding of materials and ideas | 7. | _ | _ | _ |
| 8. Molds animals and figures out of clay | 8. | _ | _ | _ |
| 9. Construct projects in 3-D realm | 9. | _ | _ | _ |
| 10. Applies elements of art (line, shape, color, form, texture) to produce a unique work | 10. | _ | _ | _ |
| 11. Developing sense of art for self-expression and creative expression | 11. | _ | _ | _ |

**ART APPRECIATION (1.4, 1.5)**

|  | | Dec | Mar | Jun |
|---|---|---|---|---|
| 1. Developing an understanding and appreciation of famous artists | 1. | _ | I | C |
| 2. Demonstrates an understanding and knowledge of the process of critique | 2. | _ | _ | _ |

**I = INTRODUCED     A = ATTEMPTED     C = CONTINUING     M = MASTERED**

**STUDENT'S NAME:** *Zachary Jonas*     **SCHOOL YEAR**  2006-2007

**TEACHER: HELEN PATROSIO**

## MUSIC SKILLS ASSESSMENT

**NJ Core Curriculum Content Standards for Music**
1.1     Demonstrates aesthetic awareness of music
1.2     Utilizes musical skills in creating a musical product (e.g. a song)
1.3     Utilizes musical skills and tools in performances
1.4     Is able to evaluate, critique, and analyze music
1.5     Understands historic/cultural/social contexts of music via the study of well-known musicians
1.6     Utilizes design skills in creating a musical product (e.g. a performance)

### ELEMENTS OF MUSIC (1.1, 1.2, 1.3)

| | | | | DEC | MAR | JUN |
|---|---|---|---|---|---|---|
| Rhythm: | A. | Maintains steady beat | A. | C | C | C+ |
| | B. | Differentiates beat and rhythm | B. | C | C | C |
| | C. | Reads/plays/writes rhythmic notation | C. | C | C | C |
| Melody: | D. | Differentiates high and low sounds | D. | C | C | C |
| | E. | Vocally imitates melodic patterns | E. | C | C | C |
| | F. | Sings repetitive parts of song/entire song | F. | C | C | C+ |
| | G. | Reads/plays/writes melodic patterns | G. | C | C | C |
| Harmony: | H. | Sings rounds, partner songs, canons | H. | C | C | C |
| | I. | Plays harmonic accompaniments | I. | C | C+ | C+ |
| Dynamics: | J. | Demonstrates/labels dynamic differences | J. | C+ | C+ | C+ |
| Tempo: | K. | Demonstrates/labels tempo differences | K. | C+ | C+ | C+ |
| Form: | L. | Recognizes same and different patterns/phrases | L. | C | C | C |
| | M. | Recognizes/performs intros, interludes, and codas | M. | C | C | C |
| | N. | Understands functions of musical symbols | N. | C | C | C |

### INSTRUMENTS (1.1, 1.2, 1.3)

| | | | | DEC | MAR | JUN |
|---|---|---|---|---|---|---|
| | A. | Identifies/names classroom instruments | A. | C | C | C |
| | B. | Creatively explores tones of instruments | B. | M | M | M |
| | C. | Improvises | C. | C | C | C |
| | D. | Plays a simple song independently | D. | C | C | C |
| | E. | Currently working on: *Broadway / Movie Musicals* | E. | C+ | | |
| | | *Broadway Performance* | | | C+ | |
| | | *Instruments* | | | | C+ |

### MOVEMENT AND PERFORMANCE (1.1, 1.2, 1.3, 1.6)

| | | | | DEC | MAR | JUN |
|---|---|---|---|---|---|---|
| | A. | Responds to music with locomotor and non-locomotor movements | A. | M | M | M |
| | B. | Shows creativity and imagination in acting out songs or stories | B. | C | C | C+ |
| | C. | Utilizes musical skills in performances | C. | C | C | M |

### MUSIC APPRECIATION

| | | | | DEC | MAR | JUN |
|---|---|---|---|---|---|---|
| | A. | Is willing to hear different types of music (1.1) | A. | M | M | M |
| | B. | Is able to evaluate/critique/analyze music (1.4) | B. | C | C | C |
| | C. | Demonstrates knowledge of the musicians we study (1.5) | C. | C | C | C |

**C = CONTINUING        M = MASTERED**

STUDENT: Zachary Jonas
TEACHER: Linda Krampert

**SCHOOL YEAR: 2006-2007**
**Adaptive Physical Education**

**NJ Core Curriculum Content Standards for Physical Education**
2.5  All students will learn and apply movement concepts and skills that foster participation in physical activities throughout life.
2.6  All students will learn and apply health-related fitness concepts.

Key to Abilities:  I = Independent   T = Total Assistance   U = Unable to do   M = Minimal Assistance
R = Refused   O = Visual Cue   * = Verbal Cue

**ACTIVITIES**

| | Dec | Mar | Jun |
|---|---|---|---|
| **Static Balance Skills** | | | |
| 1. Stand on one foot. | | | |
| 2. Balance on one foot 5 ___ seconds. | H | M | H |
| 3. Stand tip-toe. | H | T | |
| 4. Balance tip-toe. | | | |
| 5. Squats in play and return to stand. | M | M | M |
| **Walk** | | | |
| 6. Crawl forward ___ backward ___ | | | |
| 7. Walk tip-toe 10 feet. | | | |
| 8. Walk straight line 10 feet. | | M | M |
| 9. Walk heel toe (2 out of 3 trials). | | | M |
| 10. Walk backward. | M | M | |
| 11. Marches. | | | |
| 12. Walk 9 inch plank F✓ B✓ S✓ | I* | I | |
| 13. Walk 4 inch beam F✓ B✓ S✓ | I*R | T | |
| **Run** | | | |
| 14. Run-use whole foot. | H | H | H |
| 15. Run around obstacles smoothly 10 yards. | M | I | M |
| 16. Run without (F) body lean, stops, starts, turns corners. | | M | M |
| **Climb** | | | |
| 17. Walk up/down stairs. One step___ Alternate ✓ | M* | H | H |

| **Jump** | Dec | Mar | Jun |
|---|---|---|---|
| 18. Jump in place. | M* | M | H |
| 19. Jump down 10 inches feet together. | M* | M | H |
| 20. Jump up 4 inches. | M* | M | H |
| 21. Long jump 8 ½ inches. | M* | M | M |
| 22. Over line. | M* | M | H |
| 23. Jump forward 6 times without falling. | | | |
| 24. Hop – 1 foot two times. | | | |
| 25. Gallop – 4 successive steps. | | | |
| 26. Bats balloon many times for 30 sec. | | | |
| 27. Throws small ball with direction overhead. | | M | |
| 28. Kicks big ball standing ✓ rolled ___ | M° | | M |
| 29. Rolls ball ___ Catches ___ | | | |
| 30. Two-hand – underhand ✓ Overhand ___ | | M | M |
| 31. Bounces big ball 4 feet. | | M | M |
| 32. Catches big, bounced ball elbows extended. | | M | H |
| 33. Roll ball to hit object. | | M | M |
| 34. Dribbles ball Self ✓ Moving ___ | | T | H |
| 35. Hits ball off tee. | | | H |

**Play Equipment :**

| | Dec | Mar | Jun |
|---|---|---|---|
| 1. 4-wheel scooter sitting ✓ prone ✓ | M | M | H |
| 2. 2/3 wheel scooter. | M° | M | H |
| 3. Mini-trampoline. | M | M | M |
| 4. Wobble boards. | | | |
| 5. Hot Wheels. | | | |
| 6. Tricycle. | | | |
| 7. Bicycle – training wheels | | | M |

* Verbal Cue due to behavioral/avoidance

Adapted Physical Education

**ADDENDUM**

**NJ Core Curriculum Content Standards for Physical Education**
2.1  Wellness (social; emotional health)
2.2  Integrated Skills (character building)
2.4  Human Relationships
2.5  Motor Skills Development
2.6  Fitness

All Forum students participate in age appropriate dance units, bi-annually.

These units coincide with our Fall and Winter school-wide dance events and meet core curriculum standards.

Concepts may consist of any of the following: movement, interpretative dance, line and circle dance, folk dance, social/ballroom dances and current popular dances.

STUDENT'S NAME: _Zachary Jonas_

TEACHER: JOANN TELESH _____ DATE: 2006/2007

D  M  J
E  A  U
C  R  N

**In accordance with NJ Core Curriculum Content Standards for Physical Education:**

2.1 All students will learn and apply health promotion concepts and skills to support a healthy, active life style. (specifically water safety).

2.5 All students will utilize safe, efficient, and effective movement to develop and maintain a healthy, active lifestyle (specifically aquatic related skills).

## SWIMMING SKILL ASSESSMENT

| # | Skill | | Dec | Mar | Jun |
|---|-------|---|-----|-----|-----|
| 1. | Sits and performs deck exercises | 1. | M | M | M |
| 2. | Alternate arms simulating crawl stroke | 2. | M | M | M |
| 3. | Safe ladder entrance and exit | 3. | M | M | M |
| 4. | Stands and moves in 3' unassisted | 4. | M | M | M |
| 5. | Stands and moves in 4' unassisted | 5. | NI | C | M |
| 6. | Partially submerges face | 6. | M | M | M |
| 7. | Submerges whole face | 7. | M | M | M |
| 8. | Blows bubbles | 8. | M | M | M |
| 9. | Will submerge 10+ seconds | 9. | M | M | M |
| 10. | Retrieves objects in 3' | 10. | M | M | M |
| 11. | Retrieves objects in 4' | 11. | NI | M | M |
| 12. | Holds flotation and freely moves arms and legs unassisted | 12. | C | C+ | M |
| 13. | Jumps into pool assisted | 13. | M | M | M |
| 14. | Jumps into pool unassisted | 14. | M | M | M |
| 15. | Relaxes in front float with assistance | 15. | M | M | M |
| 16. | Performs front float and recovery | 16. | C | C | M |
| 17. | Relaxes in back float with assistance | 17. | M | M | M |
| 18. | Performs back float and recovery | 18. | C | C+ | M |
| 19. | Able to roll over front to back – back to front | 19. | NI | A | C |
| 20. | Bobs up and down in water – breathing rhythmically | 20. | NI | A | C |
| 21. | Front glide 10' | 21. | NI | I | A |
| 22. | Front glide with kick 20' | 22. | NI | NI | I |
| 23. | Back glide 10' | 23. | NI | I | A |
| 24. | Back glide with kick 20' | 24. | NI | NI | I |
| 25. | Crawl stroke 10' | 25. | NI | I | A |
| 26. | Crawl stroke 20' | 26. | NI | NI | NI |
| 27. | Crawl stroke with rhythmic breathing | 27. | NI | NI | NI |
| 28. | Backstroke 20' | 28. | NI | NI | NI |
| 29. | Elementary backstroke 20' arms only | 29. | NI | NI | NI |
| 30. | Elementary backstroke with arms and whipkick | 30. | NI | NI | NI |
| 31. | Water safety rules. | 31. | C | C | C |

## DEEP WATER SKILLS AT MONTCLAIR

| # | Skill | | | | |
|---|-------|---|---|---|---|
| 1. | Jump into deep water | 1. | — | — | — |
| 2. | Treading water 10 seconds | 2. | — | — | — |
| 3. | Treading water 60 seconds | 3. | — | — | — |
| 4. | Crawl stroke 25 yards (using rhythmic breathing). | 4. | — | — | — |
| 5. | Backstroke 25 yards | 5. | — | — | — |
| 6. | Elementary Backstroke 25 yards | 6. | — | — | — |
| 7. | Breaststroke 25 yards | 7. | — | — | — |
| 8. | Butterfly 25 yards | 8. | — | — | — |
| 9. | Dive from pool deck | 9. | — | — | — |
| 10. | Dive from diving board | 10. | — | — | — |
| 11. | Dive with hurdle off 1 meter springboard diving board | 11. | — | — | — |
| 12. | Racing dive off competitive block | 12. | — | — | — |
| 13. | Open Turn | 13. | — | — | — |
| 14. | Flip Turn | 14. | — | — | — |
| 15. | Backstroke Turn | 15. | — | — | — |
| 16. | Water Safety Skill | 16. | — | — | — |

**I = INTRODUCED   A = ATTEMPTED   C = CONTINUING   M = MASTERED   NI = NOT INTRODUCED**