```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROCHELLE TARLOWE, and SETH JONAS,
collectively and individually, and on behalf of
ZACHARY JONAS, a minor,

                Plaintiffs,           07 **CIVIL** 7936 (GEL)

      -against-                         **JUDGMENT**

NEW YORK CITY BOARDS OF EDUCATION d.b.a.
NEW YORK CITY DEPARTMENT OF EDUCATION,
and JOEL KLEIN, in his official capacity as Chancellor
of the New York City School Districts,
                Defendants.
-------------------------------------------------------------X

       Both parties having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Gerard E. Lynch, United States District Judge, and the Court, on July 3, 2008, having rendered its Opinion and Order denying plaintiffs' motion for summary judgment and granting defendants' cross-motion for summary judgment, and dismissing the complaint in its entirety, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 3, 2008, plaintiffs' motion for summary judgment is denied and defendants' cross-motion for summary judgment is granted, and the complaint is dismissed in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
         July 7, 2008

                                                      **J. MICHAEL McMAHON**
                                                      **Clerk of Court**
                         BY:
                                                      **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____